May 15, 1912.) Action by May Collins against the Buffalo, Lockport & Rochester Railway Company impleaded with Edgar Knapp and another.

PER CURIAM. Judgment affirmed, with costs. See same case on former appeal, 145 App. Div. 148, 129 N. Y. Supp. 139.

SPRING and ROBSON, JJ., dissent.

---

COLT, Respondent, v. COLT, Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Harris D. Colt against Elizabeth B. Colt. W. Rand, Jr., for respondent. No opinion. Order affirmed. Order filed.

---

COMMISSIONER OF PUBLIC CHARITIES OF CITY OF NEW YORK, Respondent, v. COYLE, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Action by the Commissioner of Public Charities of the City of New York, on complaint of Mary Walsh, against Peter Coyle. No opinion. Order of the Court of Special Sessions unanimously affirmed, with costs.

---

COMMISSIONER OF PUBLIC CHARITIES OF CITY OF NEW YORK, Respondent, v. WALSH, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by the Commissioner of Public Charities of the City of New York, on complaint of Irene Plunkett, against Joseph A. Walsh.

PER CURIAM. Judgment of the Court of Special Sessions reversed, and proceeding dismissed, on the ground that the determination was contrary to the weight of credible evidence.

THOMAS, J., dissents. CARR, J., not voting.

---

CONLAN, Respondent, v. FAILLACE, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Michael L. Conlan against Nicola Faillace.

PER CURIAM. Order modified, by deducting the $10 costs of motion from the fine, and imposing it as costs of the motion. As thus modified, the order is affirmed, with $10 costs and disbursements.

---

CONTINENTAL SECURITIES CO. et al. v. BELMONT et al. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) Action by the Continental Securities Company and another, stockholders in the Interborough Rapid Transit Company, etc., against August Belmont and others. No opinion. Motion for leave to appeal to the Court of Appeals (from 134 N. Y. Supp. 635) and for stay granted, without costs. Settle order before Mr. Justice CARR.

---

CONWAY, Appellant, v. FITZPATRICK & COOMBES, Inc., Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Annie Conway, as administratrix, etc., against Fitzpatrick & Coombes, Incorporated. R. Link, for appellant. J. V. Bouvier, Jr., for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

SCOTT, J., dissents.

---

COONAN, Respondent, v. HAMBURG-AMERICAN PACKET CO., Appellant. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by William H. Coonan against the Hamburg-American Packet Company. No opinion. Motion for reargument (of 134 N. Y. Supp. 1129) denied, with $10 costs.

---

COONAN, Respondent, v. HAMBURG-AMERICAN PACKET CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) Action by William H. Coonan against the Hamburg-American Packet Company.

PER CURIAM. Motion to resettle order (134 N. Y. Supp. 1129) granted, so that it shall contain these additional provisions: The defendant may retax the costs which accrued to it prior to the service of plaintiff's amended complaint, within 5 days after the entry of this order and notice thereof, and all proceedings on the part of plaintiff in this action are hereby stayed until said costs are paid, and for 30 days thereafter; if such costs are not paid within 10 days after such retaxation, defendant may apply at Special Term for an order dismissing the complaint, or for such other and further relief as may be just. See, also, supra.

---

CORN, Respondent, v. BERGMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Henry Corn against Samuel Bergman and others. W. H. Corbitt, for appellants. G. Hahn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 129 N. Y. Supp. 1049.

---

COWLES, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Horace N. Cowles against the State of New York. No opinion. Judgment unanimously affirmed, with costs.

---

COYKENDALL, Respondent, v. HARRISON et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Samuel D. Coykendall against William R. Harrison and others, constituting the Board of Water Commissioners of the City of Kingston, and the City of Kingston. Decision amended, 135 N. Y. Supp. 1107.

PER CURIAM. Motion for leave to appeal to the Court of Appeals (from 134 N. Y. Supp. 446) granted, and question certified as fol-